**Order filed February 4, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00022-CV

_____

**CLAUDIA HARPER, INDIVIDUALLY AND AS INDEPENDENT CO-EXECUTRIX FOR THE ESTATE OF JAMES WESLEY CLERK, JR., AND ALICE CLARK, Appellants**

**V.**

**KIRBY CORPORATION AND KIRBY INLAND MARINE, L.P., Appellees**

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-09913A**

# O R D E R

This is an appeal from a summary judgment signed October 28, 2013, and made appealable by order of severance signed December 6, 2013. The notice of appeal was due January 6, 2014. *See* Tex. R. App. P. 26.1 Appellants' notice of appeal was filed one day late on January 7, 2014. A motion for extension of time is "necessarily implied" when the perfecting instrument is filed within fifteen days of

its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellants did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellants are still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellants to file a proper motion to extend time to file the notice of appeal on or before **10 days** after the date of this order. *See* Tex. R. App. P. 26.3;10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM